E-filing

FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Phillip T. EVANS

           Plaintiff,

vs.

James Tilton, Secretary of Corrections, ET. AL.

           Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

JF
(PR)

I, Phillip EVANS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

*Prior to imprisonment, date of last employment was in the end part of 1993. The wages that I earned was approximately $700.00 per month*

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment     Yes ___ No ✓

   b. Income from stocks, bonds, or royalties?     Yes ___ No ✓

   c. Rent payments?     Yes ___ No ✓

   d. Pensions, annuities, or life insurance payments?     Yes ___ No ✓

   e. Federal or State welfare payments, Social Security or other government source?     Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?     Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____  Net $_____

4. a. List amount you contribute to your spouse's support: $_____
PRIS. APP. TO PROC. IN FORMA PAUPERIS     - 2 -

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____N/A_____

_____

5. Do you own or are you buying a home?  Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ___ No ___ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ __N/A__    Utilities: __N/A__

Food: $ __N/A__    Clothing: __N/A__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
|  | $ | $ |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

I owe court ordered restitution to Del Norte County Superior Court in the amount of $ 242.25

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3-20-08                              /s/ Phillip Evans
DATE                                 SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Phillip Thomas Evans J43496</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>13.88</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>23.49</u>.    (20%= $4.70)

Dated: 3/19/08                                                     _____
                                                                                Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-19-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

Case Number: _____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

    I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                    _____
                                                                   [Authorized officer of the institution]

```
REPORT ID: TS3030   .701                                              REPORT DATE: 03/19/08
                                                                      PAGE NO:      1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 19, 2008

ACCOUNT NUMBER  : J43496                    BED/CELL NUMBER: DF01L 000000124L
ACCOUNT NAME    : EVANS, PHILLIP THOMAS     ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                                   TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE   DESCRIPTION      COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
------  ----   -------------    -------    ---------   --------   -----------   -------

09/01/2007     BEGINNING BALANCE                                                  21.40

09/05  FC05   DRAW-FAC 5       1073 D-1                              20.50         0.90
09/20  W502   POSTAGE CHARG    1376                                   0.90         0.00
09/21*DD34    EFT DEPOSIT O    1388JP#106               18.00                     18.00
10/02  FC05   DRAW-FAC 5       1540 D-1                               18.00        0.00
10/22*DD34    EFT DEPOSIT O    1859JP#141               18.00                     18.00
10/24  W516   LEGAL COPY CH    1901                                    0.80       17.20
11/05  FC05   DRAW-FAC 5       2034 D-1                               17.20        0.00
   ACTIVITY FOR 2008
01/10*DD34    EFT DEPOSIT O    2926JP#252               20.25                     20.25
01/17  W516   LEGAL COPY CH    3063                                    2.00       18.25
01/22*DD34    EFT DEPOSIT O    3113JP#262               27.00                     45.25
01/25  W502   POSTAGE CHARG    3197                                    1.14       44.11
01/28  W536   COPAY CHARGE     3226M01/24                              5.00       39.11
02/04  FC05   DRAW-FAC 5       3353 D-1                               38.25        0.86
03/10*DD34    EFT DEPOSIT O    3979JP#345                6.75                      7.61


                           * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/08/04                         CASE NUMBER: *035035
COUNTY CODE: *DN                                 FINE AMOUNT: $     432.25

   DATE        TRANS.    DESCRIPTION                        TRANS. AMT.    BALANCE
   ----        ------    -----------                        -----------    -------

09/01/2007     BEGINNING BALANCE                                            342.25

09/21/07       DR34      REST DED-EFT DEPOSIT                20.00-         322.25
10/22/07       DR34      REST DED-EFT DEPOSIT                20.00-         302.25
01/10/08       DR34      REST DED-EFT DEPOSIT                22.50-         279.75
01/22/08       DR34      REST DED-EFT DEPOSIT                30.00-         249.75
03/10/08       DR34      REST DED-EFT DEPOSIT                 7.50-         242.25
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-19-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
REPORT ID: TS3030 .701                                              REPORT DATE: 03/19/08
                                                                    PAGE NO:           2
                              PELICAN BAY STATE PRISON
                             INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 19, 2008

ACCT: J43496         ACCT NAME: EVANS, PHILLIP THOMAS              ACCT TYPE: I

       * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
       * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

BEGINNING        TOTAL         TOTAL         CURRENT        HOLDS        TRANSACTIONS
 BALANCE        DEPOSITS     WITHDRAWALS     BALANCE       BALANCE       TO BE POSTED
---------      ---------     -----------    ---------     ---------     -------------
   21.40          90.00         103.79          7.61          0.00              0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                                 7.61
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-19-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, __Phillip EVANS__, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the __20th__ day of __March__, in the year of 20__08__, I served the following documents: (set forth the exact title of documents served)

__42 U.S.C. 1983 Complaint Forms, In Forma Pauperis Application Forms, certified copy of last six months of my trust account activity__

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

__United States District Court__
__Northern District of California__
__U.S. Courthouse__
__450 Golden Gate Avenue__
__San Francisco, CA 94102-3483__

I declare under penalty of perjury that the foregoing is true and correct.

Dated this __20th__ day of __March__, 20__08__.

Signed: __Phillip Evans__
(Declarant Signature)

Rev. 12/06