To: U.S. District Courthouse
Clerk's Office
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

08-1900 JF

February 7, 2008

To: The Clerk,

I am prepared to file a 42 U.S.C. §1983 complaint and will be proceeding pro se. I will not be filing an application to proceed en forma pauperis because a family member will be paying the total $350.00 filing fee for me. However, the fee will be mailed from a different address, while I will be mailing the complaint directly to the Clerk's office. I would like to know if there is a specific procedure or process that my family member will need to know when mailing the filing fee to the Clerk's office so that there are no delays or problems with the complaint getting filed. My concern is that a case number will not be assigned to the complaint until the filing fee is payed, which is something I think my family member will need when mailing the filing fee to the Clerk's office.

Your help would be appreciated in this matter.

C08-HWU JF

Respectfully submitted,
Phillip Evans #JH3496
Pelican Bay State Prison
D1-124
P.O. Box 7500
Crescent City, CA 95532



Philip EVANS #J43496
Pelican Bay State Prison
D1-124
P.O. Box 7500
Crescent City, CA 95532

FEB 11 PM 2:46

CLERK'S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2-11-08

9410233661 C004

U.S. District Courthouse
Clerk's Office
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

02 1M
0004217666
MAILED FROM ZIPCODE 95531

UNITED STATES POSTAGE
$ 00.41°
FEB 08 2008