To: Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102



April 29, 2008

RE: Filing fee for Case NO. CV 08 1900 JF (PR)

Dear Clerk,
    Enclosed please find a $350.00 check payable to the Office of the Clerk, U.S. District Court Northern District of California, which is payment for the filing fee for the Title 42 U.S.C.~1983 Complaint, Case NO. CV 08 1900 JF (PR), that Plaintiff Evans filed Pro Se and In Forma Pauperis,
    Plaintiff Evans is an inmate at Pelican Bay State Prison and has not yet been notified by the court that his, In Forma Pauperis, application has been granted, and is unaware if a hold has been placed on his inmate trust account, but if it has, please remove any hold ordered by the District Court as a result of his In Forma Pauperis filing. If you have any questions please contact me at the address or phone number below. Also below is Plaintiff Evans mailing address. Thank you.

Respectfully

*Barbara Donohoe*

Barbara Donohoe
1725 Pomona Ave.
Costa Mesa, CA 92627
Home: 949-631-7988
Cell: 949-307-4424

Phillip Evans #J43496
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Barbara Donohoe
1725 Pomona Ave.
Costa Mesa, Ca. 92627

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018712
Cashier ID: almaceh
Transaction Date: 05/01/2008
Payer Name: BARBARA DONOHOE
------------------------------------
CIVIL FILING FEE
 For: PHILLIP EVANS
 Case/Party: D-CAN-5-08-CV-001900-001
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 2760
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

CERTIFIED MAIL™

7007 1490 0003 1343 1348

94102-3361

Office of the Clerk, US District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca. 94102

SANTA ANA CA 927
28 APR 2008 PM 3 T