To: Office of the Clerk, U.S. District Court
Northern District of California
280 South First Street
San Jose, CA. 95113

**FILED**

2008 JUL 10 P 5:28

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

July 1st, 2008

Re: Evans V. Hotel, et al., No. C 08-01900 JF (PR)

Dear Clerk,

I received an Order from the Court of Partial Dismissal and Service Directing Defendants to File Dispositive Motion or Notice regarding such Motion wherein I was informed that I could begin Discovery in accordance with Federal Rules of Civil Procedure.

With that said, I need to depose non-party witnesses and would like the District Court Clerk to please send me (5) blank Subpoena Forms. Your assistance in this matter is appreciated.

Sincerely,
Phillip T. Evans #J43496
D1-124
P.O. Box 7500
Crescent City, CA 95532

# PROOF OF SERVICE BY MAIL

(C.C.P. section 101a #2015.5; 20 U.S.C. section 1746)

I, **Phillip Evans**, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below entitled action.

My Address is: P.O. Box 7500; Crescent City, CA 95531.

On the **1st** day of **July**, in the year of 20**08**, I served the following documents: (set forth the exact title of documents served)

**A letter to the Clerk for the Northern District of California requesting blank subpoenas to be used in Evans v. Horel, et al., No C 08-01900 JF (PR)**

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United states mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

**United States District Court**
**Northern District of California**
**280 South First Street**
**San Jose, California**
**95113**

I declare under penalty of perjury that the foregoing is true and correct.

Dated this **1st** day of **July**, 20**08**.

Signed: _____
(Declarant Signature)

Rev: 03/10/00

Phillip Evans #J43496
D1-124
P.O. Box 7500
Crescent City, CA 95532



PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

JUL 08 2008
MAILED FROM ZIP CODE 95531

United States District Court
Northern District of California
280 South First Street
San Jose, California 95113

95113$0002 C060

D Perez LTA

7.3.08