# U.S. Department of Justice
# United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

7/2/08 ENTERED

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| PHILLIP T. EVANS | C08-01900 JF |
| DEFENDANT | TYPE OF PROCESS |
| ROBERT A. HOREL, ET AL | SEE BELOW |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

C.E. EVERS   PELICAN BAY STATE PRISON

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P.O. BOX 7500   CRESENT CITY, CA 95532

FILED JUL 17 2008

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PHILLIP T. EVANS J43496
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESENT CITY, CA 95532

| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. SUMMONS AND COMPLAINT
2. ORDER OF SERVICE

Signature of Attorney or other Originator requesting service on behalf of:
GORDANA MACIC   [signature]   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 408-535-5382
DATE: 6/30/2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | No. 11 | No. 11 | [signature] | 7/2/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/17/08   Time: — am/pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | | |

REMARKS:

07/17/08 P.B.S.P has no information on named subjects. PBSP will not accept service.

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

# UNITED STATES DISTRICT COURT
for the

Northern District of Calfornia

| | |
|---|---|
| PHILLIP T. EVANS ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.   CV 08-01900 JF |
| ROBERT A. HOREL, et al ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
C.E. Evers
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Phillip T. Evans J43496
Pelican Bay State Prison
P.O. Box 7500 Crescent City, CA 95532

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:   June 30, 2008

_____
Deputy clerk's signature

UNEXECUTED

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __07/17/08__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on __7/17/08__ ; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ __41__ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __07/17/08__

Server's signature

Ponald Hwang Jr USMS
Printed name and title

UNITED STATES MARSHALS SERVICE
280 SOUTH FIRST STREET ROOM 2100
SAN JOSE, CA 95113

Server's address

**UNEXECUTED**