Phillip Evans # J43496
P.O. Box 7500 / D1-124
Crescent City, CA 95532
Plaintiff, In pro-se

**FILED**

2008 JUL 30 P 2:56

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

The United States District Court
For The Northern District Of California
San Jose Division

Phillip T. Evans,
                Plaintiff

        V.

Robert A. Horel, et al.,
        Defendants.

C 08-01900 JF (PR)

Plaintiffs Ex Parte Request For Order Compelling Prison Officials to Accept service Of Summons And Complaint, Or To Provide Contact Information For Defendants C.E. Everts, K.J. McCasland, James Tilton And W.T. Harding.

The United States Marshals Service attempted to serve C.E. Everts, K.J. McCasland, James Tilton and W.T. Harding at Pelican Bay State Prison, all defendants in the above numbered action, but service was denied by officials at Pelican Bay State Prison. Plaintiff moves the Court For an order compelling Pelican Bay State Prison officials to accept service on the above named defendants or to provide contact information so they can be located and served.

Dated: July 24, 2008    Respectfully Submitted, Phillip Evans, Plaintiff In pro-se

        Phillip Evans



USA 41



PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

U.S. Northern Dist. of Ca.
280 "S" First Street, #2112
San Jose, Ca.  95112-3008



UNITED STATES POSTAL
PITNEY BOWES

02 1M
0004217666
$ 00.18⁰
JUL 25 2008
MAILED FROM ZIP CODE 95531



Phillip EVANS # J74346
D1-134
P.O. Box 7500
Crescent-City, CA 95532

7-25-08

D Depew  LTA