Phillip Evans # JH3496

P.O. Box 7500/D1-124

Crescent City, CA 95532

Plaintiff, In pro se

**FILED**

JUL 30 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

The United States District Court

For The Northern District of California

San Jose Division

Phillip T. Evans,

    Plaintiff,

V.

Robert A. Horel, et al.,

    Defendants.

C 08-01900 JF (PR)

Declaration of Phillip Evans In Support of Plaintiffs Ex Parte Request For Order Compelling Prison Officials To Accept Service Of Summons And Complaint, Or To Provide Contact Information For Defendants C.E. Events, K.J. McCasland, James Tilton, And W.T. Harding.

I, Phillip Evans, declare as follows:

1. I am the plaintiff, proceeding pro se, in the above numbered action. I am competent to testify to the matters set forth herein, and if called upon to do so, I would and could so testify. I submit this declaration in support of my ex parte request for an order compelling prison officials to accept service of summons and complaint, or to provide contact information for defendants C.E. Events, K.J. McCasland, James Tilton and W.T. Harding.

2. On July 21, 08 I received through the mail four forms

Declar. In sup. of Req. To
Compel Service on Defs.

1

P. EVANS V. R. Horel
C 08-01900 JF (PR)

USM-285 from the U.S. Department of Justice (attached hereto are four true and correct copies, one of each form) by which I was informed that Pelican Bay State Prison (PBSP) refused to accept service on defendants C.E. Everts, K.J. McCasland, James Tilton and W.T. Harding.

3. With respects to defendant W.T. Harding, PBSP states he is no longer at PBSP and will not accept service (attached hereto is a true and correct copy of Form USM-285 dated 7-17-08) exhibit A. However, it is my contention, based on information and belief, that PBSP officials have the contact information necessary to locate him so that he can be served.

4. With respects to defendant James Tilton, PBSP states it does not have any information on him and will not accept service (attached hereto is a true and correct copy of Form USM-285 dated 7-17-08) exhibit B. Defendant Tilton was not employed at PBSP, rather he is the former Secretary of the Department of Corrections and Rehabilitation (formerly known as the Director of Corrections) with offices in Sacramento California at the headquarters of the California Department of Corrections and Rehabilitation, with a mailing address at;   Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001

It is my contention, according to information and belief, that defendant Tilton is retired from the CDCR, but is receiving benefits and retirement pay, and that PBSP or the CDCR has contact information for this defendant so that he can be served.

Declar. in Sup. of ex parte Req.
to compel service on Defendants.        2.

P. Evans v. R. Horel et al
C 08-01900 JF (PR)

5. With respects to defendant K.J. McCasland, PBSP states it has several employees with this last name and that it needs more information for service (attached hereto is a true and correct copy of Form USM-285 dated 7-17-08) Exhibit C. The first and middle initial of defendant McCasland has previously been provided and is on the complaint itself, however, to expedite service I have located his badge number, which is as follows; Badge #64975 (attached hereto is a true and correct copy of a crime/incident report authored by defendant McCasland with his badge number included at bottom) Exhibit E. It is my contention, based on information and belief, that this is enough information for officials to identify defendant McCasland so that he can be served. (attached hereto true and correct copy, exhibit F)

6. With respects to defendant Evens, PBSP states it has no information on him and will not accept service (attached hereto is a true and correct copy of Form USM-285 dated 7-17-08) exhibit D. Defendant Evens name is misspelled on the Form USM-285 even though it was spelled correctly on the complaint, however, I am including his badge number, as well as the correct spelling of his name herein; C. E. Evens, Badge # 44110. It is my contention, based on information and belief, that this will be enough information for officials at PBSP to identify defendant McCasland so that he can be served.

7. I have provided herein and to the best of my ability enough information so that officials at PBSP and the California Department of Corrections and Rehabilitation will be able to identify and locate defendants Evens, Harding, McCasland and

Tilton.

8. Therefore I respectfully request that the court issue an order that officials at PBSP and the California Department of Corrections and Rehabilitation locate and accept service of the summons and complaint for defendants Everts, Harding, McCasland and Tilton, or provide the contact information necessary so that they can be located and served by the U.S. Marshals.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed July 24, 2008 at Crescent City, California.

*Phillip Evans*
Phillip Evans, Plaintiff, in pro-se

Declar. In Sup. of Ex parte Req.
To Compel Serv. on Defendants         4.         P. Evans V. R. Horel et. al.,
                                                  C 08-01900 JF (PR)

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, __Phillip Evans__, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the __25th__ day of __July__, in the year of 20__08__, I served the following documents: (set forth the exact title of documents served)

1. Ex Parte Request For order compelling Prison officials to Accept Service of Summons, or To Provide Contact Information For Defendants C.E. Events, K.J. McCasland, James Tilton And W.T. Harding.

2. Declaration of Phillip Evans In Support of Plaintiffs Ex Parte Request For Order compelling Prison officials To Accept Service of Summons and Complaint, or To Provide Contact Information For Defendants C.E. Events, K.J. McCasland, James Tilton And W.T. Harding

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

United States District Court
Northern District of California
280 South First Street
San Jose, CA 95113

I declare under penalty of perjury that the foregoing is true and correct.

Dated this __25th__ day of __July__, 20__08__.

Signed: _____
(Declarant Signature)

Rev. 12/06

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| PHILLIP T. EVANS | C08-1900 JF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ROBERT A. HOREL, ET AL | SEE BELOW |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
**W.T. HARDING   PELICAN BAY STATE PRISON**

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**P.O. BOX 7500 CRESCENT CITY, CA 95532**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PHILLIP T. EVANS J43496
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. SUMMONS AND COMPLAINT
2. ORDER OF SERVICE

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
GORDANA MACIC
TELEPHONE NUMBER: 408-535-5302
DATE: 6/30/2008

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 2
District of Origin No. 1
District to Serve No. 11
Signature of Authorized USMS Deputy or Clerk
Date: 7/2/08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

Date of Service: 7/17/08    Time: — am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|
| $4.00 | | | $41 | | $41 | |

REMARKS:
07/17/08 PBSP states the subject is no [illegible] facility. The facility will not accept [illegible]

UNEXECUTED

NOTE

PRIOR EDITIONS MAY BE USED          **3. NOTICE OF SERVICE**          FORM USM-285 (Rev. 12/15/80)

Exhibit B

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

7/2/8

| | |
|---|---|
| PLAINTIFF<br>PHILLIP T. EVANS | COURT CASE NUMBER<br>C08-1900 JF |
| DEFENDANT<br>ROBERT A. HOREL, ET AL. | TYPE OF PROCESS<br>SEE BELOW |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JAMES TILTON PELICAN BAY STATE PRISON

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. BOX 7500 CRESCENT CITY, CA 95532

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PHILLIP T. EVANS J43496
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. SUMMONS AND COMPLAINT
2. ORDER OF SERVICE

Signature of Attorney or other Originator requesting service on behalf of:
GORDANA MACIC  *Gordana Macic*    ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 408-535-5382
DATE: 6/30/2008

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 2 | No. 11 | No. 11 | D.[sig] | 7/2/8 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 07/17/08    Time: —   am/pm

Signature of U.S. Marshal or Deputy: D.[sig]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $41 | | | $41 | | $41.00 |

UNEXECUTED

REMARKS:
07/17/08 P.B.S.P. does not have any [illegible] or Tilton. PBSP will not accept service.

NOTE

Exhibit C

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| PHILLIP T. EVANS | C08-1900 JF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ROBERT A. HOREL, ET AL | SEE BELOW |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
K.J. MCCASLAND   PELICAN BAY STATE PRISON

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. BOX 7500 CRESCENT CITY, CA 95532

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PHILLIP T. EVANS J43496
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. SUMMONS AND COMPLAINT
2. ORDER OF SERVICE

Signature of Attorney or other Originator requesting service on behalf of:
GORDANA MACIC    [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 408-535-5382
DATE: 6/30/2008

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | 11 | 11 | | 7/2/08 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/17/0   Time: am/pm

Signature of U.S. Marshal or Deputy

**UNEXECUTED**

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $4.00 | | | $4 | | $4  0 |

REMARKS:
07/17/08 PB SP has several employees with this last name. PBSP needs more information for service.

NOTE

PRIOR EDITIONS MAY BE USED    3. NOTICE OF SERVICE    FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| PHILLIP T. EVANS | C08-01900 JF |
| DEFENDANT | TYPE OF PROCESS |
| ROBERT A. HOREL, ET AL | SEE BELOW |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

C.E. EVERS    PELICAN BAY STATE PRISON

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P.O. BOX 7500    CRESENT CITY, CA 95532

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PHILLIP T. EVANS J43496
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESENT CITY, CA 95532

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. SUMMONS AND COMPLAINT
2. ORDER OF SERVICE

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

GORDANA MACIC    TELEPHONE NUMBER: 408-535-5382    DATE: 6/30/2008

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | No. 11 | No. 11 | | 7/2/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/17/08    Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $41.00 | | | $41.00 | | $41.00 | |

REMARKS:

07/17/08 P.B.S.P. has no information... UNEXECUTED
PBSP will not accept service

**NOTE**

PRIOR EDITIONS MAY BE USED

3. NOTICE OF SERVICE

FORM USM-285 (Rev. 12/15/80)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS

# CRIME / INCIDENT REPORT
## PART C – STAFF REPORT
CDC 837-C (Rev. 09/03)

PAGE 1 OF 2

INCIDENT LOG NUMBER: PBP-D01-06-03-0096

| NAME: EVERTS | FIRST: C. | MI: E. | DATE OF INCIDENT: 3-17-06 | TIME OF INCIDENT: 1530 hours |
|---|---|---|---|---|
| POST #: 392450 | POSITION: D ¼ S&E | YEARS OF SERVICE: 15 | DATE OF REPORT: 3-17-06 | LOCATION OF INCIDENT: D01, F POD |
| RDO's: S/M | DUTY HOURS: 1400/2200 | DESCRIPTION OF INCIDENT: ATTEMPTED BATTERY ON A PEACE OFFICER | CCR SECTION / RULE: 3005 (b) | ☐ N/A |

**YOUR ROLE**
- ☒ PRIMARY
- ☐ RESPONDER
- ☐ WITNESS
- ☐ VICTIM
- ☐ CAMERA

**WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER)**
(S) W. Harding SGT
(S) N. Heggstrom SGT
(S) T. Buchanan C/O
(S) K. McCasland C/O
(S) R. Mazyck

**INMATES INVOLVED (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS)**
(S) Evans, J-43496 D1-124

**FORCE USED BY YOU**
- ☐ WEAPON
- ☐ PHYSICAL
- ☒ NONE

**WEAPONS USED BY YOU**
- ☐ MINI-14
- ☐ 9 MM
- ☐ 38 CAL
- ☐ SHOTGUN
- ☐ 37 MM
- ☐ 40 MM
- ☐ HFWRS
- ☐ L8
- ☐ 40 MULTI
- ☐ BATON

**CHEM. TYPE:**
- ☐ OC
- ☐ CN
- ☐ CS
- ☐ OTHER
- ☒ N/A

**FORCE OBSERVED BY YOU**
- ☐ WEAPON
- ☒ PHYSICAL
- ☐ NONE

**SHOTS FIRED BY YOU**
TYPE: 37 MM, L8, 40 MM, 40 MULTI, SHOTGUN — NO: ___
NO: 9 MM, 38 CAL, MINI-14 — ☒ N/A

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☐ UNKNOWN ☐ OTHER ☒ N/A | ☐ YES ☒ NO |

**NARRATIVE:**

On 3-17-06 at approximately 1530 hours all "D" facility S&E's were instructed to report to D1 for a shower and a couple of cell searches. Sergeant W. Harding, Officer K. McCasland and I approached the lower tier shower occupied by inmate Evans J43496. I ordered Evans to submit to handcuffs, he refused and said not till I finish shaving. I noticed that the back of the right side of his head had a small cut from shaving. I left the pod momentarily to have the water shut off. When I returned to the lower tier shower Evans said that if I turn the water off, it was going to be on. The water was turned off. I ordered Evans submit to handcuffs he said "I am not sure I'm going to cuff up." Evans started putting his shoes on. I told him to put his shower shoes on because his shoes needed to be searched. Evans refused and put his shoes on. Evans said, "If you take my shoes off, it's going to be on." Evans finally submitted to handcuffs I placed them around his wrist, the shower door was opened. Evans backed out of the shower. I ordered him to move to the right side of the shower. Officers T.Buchanan, K.McCasland, Sergeants N. Heggstrom and W. Harding watched Evans as I stepped into the shower to search it. Once in the shower, I heard feet shuffling. I stepped out of the shower and saw that Evans was no longer on the wall. Evans was being taken to the floor by Officers T. Buchanan, K. McCasland and Sergeant N. Heggstrom. Officer T. Buchanan was on Evans left side and had his right

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF: C. E. EVERTS | TITLE: c/o | BADGE #: 44110 | ID #: Non-applicable | DATE: 17-Mar-06 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE): Harding | DATE RECEIVED: 3-17-06 | APPROVED: ☒ YES ☐ NO | CLARIFICATION NEEDED: ☐ YES ☐ NO | DATE: 3-17-06 |

Distribution: Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

# STATE OF CALIFORNIA
## CRIME / INCIDENT REPORT
## PART C- STAFF REPORT
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE 1 OF 3

INCIDENT LOG NUMBER: FSP-DC1-06-03-0096

**NAME: LAST:** McCasland **FIRST:** K **MI:** J
**DATE OF INCIDENT:** 3-17-06 **TIME OF INCIDENT:** 1530

**POST #:** 392454 **POSITION:** D SHU S+E **YEARS OF SERVICE:** 4 YR 0 MO **DATE OF REPORT:** 3-17-06 **LOCATION OF INCIDENT:** D1 F pod

**RDO's:** S/M **DUTY HOURS:** 1400-2200 **DESCRIPTION OF CRIME / INCIDENT:** Attempted Battery on a Peace Officer **CCR SECTION / RULE:** 3005(b)

### YOUR ROLE
- [X] PRIMARY
- [ ] RESPONDER
- [ ] WITNESS
- [ ] VICTIM
- [ ] CAMERA

### WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER)
(S) Sgt N. Heggstrom
(S) Sgt W. Harding
(S) C/o T. Buchanan
(S) C/o C. Everts
(S) C/o R. Olsen
(S) MTA C. Baker

### INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS)
(S) Evans, J-43496, D1-124

### FORCE USED BY YOU
- [ ] WEAPON
- [X] PHYSICAL
- [ ] NONE

### WEAPONS USED BY YOU
- [ ] MINI-14
- [ ] 9 MM
- [ ] 38 CAL
- [ ] SHOTGUN
- [ ] 37 MM
- [ ] 40 MM
- [ ] HFWRS
- [ ] L8
- [ ] 40 MULTI
- [ ] BATON

**CHEM. TYPE:**
- [ ] OC
- [ ] CN
- [ ] CS
- [ ] OTHER:
- [X] N/A

### FORCE OBSERVED BY YOU
- [ ] WEAPON
- [X] PHYSICAL
- [ ] NONE

### SHOTS FIRED BY YOU
TYPE / NO:
37 MM ___ 9 MM ___
L8 ___ 38 CAL ___
40 MM ___ MINI-14 ___
40 MULTI ___
SHOTGUN ___
[X] N/A

### EVIDENCE COLLECTED BY YOU
- [ ] YES
- [X] NO

**EVIDENCE DESCRIPTION:** [X] N/A

**EVIDENCE DISPOSITION:** [X] N/A

**BIO HAZARD:** [ ] YES [X] NO
**PPE:** [X] YES [ ] NO

### REPORTING STAFF INJURED
- [ ] YES
- [X] NO

**DESCRIPTION OF INJURY:** [X] N/A

**LOCATION TREATED (HOSPITAL / CLINIC):** [X] N/A

**FLUID EXPOSURE:**
- [ ] BODILY
- [ ] UNKNOWN
- [ ] OTHER:
- [X] N/A

**SCIF 3301 / 3067 COMPLETED:** [ ] YES [X] NO

### NARRATIVE:
On 3-17-06, at approximately 1525 hours, while working as a D SHU search and escort Officer, I was ordered by Sergeant (Sgt) N. Heggstrom and Sgt W. Harding to report to Unit D1 for a shower search in F pod, of Inmate (I/m) Evans, J 43496, D1-124. Correctional Officer (C/o) C. Everts, and I proceeded to D1 and entered F pod at approximately 1530 hours and ordered I/m Evans, who was in the lower tier shower, to submit to handcuffs. I/m Evans refused to be handcuffed and continued to shower. A few minutes later I/m Evans submitted to being handcuffed by C/o C. Everts, but only after refusing direct orders from C/o C. Everts to wear shower shoes

[X] CHECK IF NARRATIVE IS CONTINUED ON PART C1

**SIGNATURE OF REPORTING STAFF:** C/o K.J. McCasland **TITLE:** C/O **BADGE #:** 64975 **ID #:** N/A **DATE:** 3-17-06

**NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE):** N. Heggstrom Sgt. **DATE RECEIVED:** 3/17/06 **APPROVED:** [ ] YES [ ] NO **CLARIFICATION NEEDED:** [ ] YES [ ] NO **DATE:**