NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP T. EVANS, | No. C 08-01900 JF (PR) |
| Plaintiff, | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION |
| v. | |
| ROBERT T. HOREL, et al., | |
| Defendants. | (Docket No. 26) |

Plaintiff has filed a request for extension of time to file an opposition to Defendants' motion to dismiss. Good cause appearing, Plaintiff's request for extension of time (docket no. 26) is GRANTED. Plaintiff shall file his opposition, and serve a copy on Defendants' counsel, **no later than December 23, 2008**. Defendants shall file a reply brief no later than **fifteen (15) days** after the date Plaintiff's opposition is filed.

IT IS SO ORDERED.

DATED: 10/20/08

JEREMY FOGEL
United States District Judge

Order Granting Request for Ext. Of Time to File Opposition
P:\PRO-SE\SJ.JF\CR.08\Evans1900_eot-oppo.wpd    1