1
2
3
4
5
6
7
8
9
10
11

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  PHILLIP T. EVANS,                          )   No. C 08-01900 JF (PR)
                                              )
13                    Plaintiff,              )   ORDER DISMISSING UNSERVED
                                              )   DEFENDANTS TILTON AND
14      vs.                                   )   HARDING FROM ACTION;
                                              )   DIRECTING CLERK TO REISSUE
15                                            )   SUMMONSES FOR DEFENDANTS
    ROBERT A. HOREL, et al.,                  )   EVERTS AND MCCASLAND
16                                            )
                      Defendant.              )
17                                            )
                                              )
18  _____ )

19      Plaintiff, a California inmate, filed the instant civil rights action pursuant to 42

20  U.S.C. § 1983, alleging deprivations of his constitutional rights by the actions of

21  prison officials at Pelican Bay State Prison ("PBSP") where he is currently

22  incarcerated.  On June 23, 2008, the Court directed the clerk to prepare the summons

23  for service of the complaint upon Defendants and the United States Marshal to

24  effectuate such service.  On July 17, 2008, the Marshal returned the summons

25  unexecuted as to Defendants James Tilton, W. T. Harding, C. E. Everts, and K J.

26  McCasland for various reasons.  (See Docket Nos. 17, 18, 19 & 20.)

27  ///

28  ///

1     On March 13, 2009, the Court ordered Plaintiff to either himself effect service

2    on Defendants Tilton, Harding, Everts, and McCasland or provide the Court with an

3    accurate current location such that the Marshal is able to effect service within thirty

4    days from date the order was filed.  On April 8, 2009, Plaintiff filed a response to the

5    order, insisting that he had provided sufficient information for service to be executed.

6     If service of the summons and complaint is not made upon a defendant in 120

7    days after the filing of the complaint, the action must be dismissed without prejudice

8    as to that defendant absent a showing of "good cause."  Fed. R. Civ. P. 4(m).  While

9    incarcerated plaintiffs proceeding in forma pauperis may rely on service by the U.S.

10   Marshals, however "a plaintiff may not remain silent and do nothing to effectuate such

11   service.  At a minimum, a plaintiff should request service upon the appropriate

12   defendant and attempt to remedy any apparent defects of which [he] has knowledge."

13   Rochon v. Dawson, 828 F.2d 1107, 1110 (5th Cir. 1987).  The Court notes that

14   Plaintiff is not proceeding in forma pauperis in this action and therefore may not rely

15   solely on the officers of the court to issue and serve all process under 28 U.S.C. §

16   1915(d).  As the Court advised Plaintiff, he may in the alternative himself effect

17   service through a non-party to avoid dismissal under Rule 4(m).

18    Plaintiff acknowledges that Defendant Tilton is retired and is no longer

19   working for the California Department of Corrections and Rehabilitations ("CDCR").

20   Plaintiff relies upon the CDCR to provide contact information so that Defendant

21   Tilton may be served.  However, the CDCR is under no obligation to do so.  Plaintiff

22   knew that Defendant Tilton was no longer at PBSP and failed to provide a current

23   location where Defendant could be served.  Plaintiff has failed to show "good cause"

24   for the failure to serve in the time provided.  Accordingly, Defendant Tilton shall be

25   dismissed from this action pursuant to Rule 4(m).

26    Plaintiff claims that Defendant Harding is still an employee at PBSP, contrary

27   to the information provided by PBSP officials on the unexecuted summons that "the

28   subject is no longer at the facility."  (Docket No. 18.)  The Litigation Coordinator at

PBSP has confirmed with the Court that Defendant Harding is no longer at the facility. Plaintiff has failed to provide a current location where Defendant Harding can be served nor has he shown good cause for the failure to do so. Accordingly, Defendant Harding shall be dismissed from this action pursuant to Rule 4(m).

Although Plaintiff provided the first and middle initials for Defendant McCasland, the summons was returned with the remark that "PBSP has several employees with this last name. PBSP needs more information for service." (Docket No. 20.) The Litigation Coordinator at PBSP has informed that Court that this Defendant is currently working at the facility. Accordingly, the Court will reissue summons to Defendant McCasland.

With respect to unserved Defendant Everts, the Court notes that the summons misspelled Defendant's name as "Evers" rather than "Everts." (Docket No. 19.) The failure to serve this defendant was at no fault of Plaintiff. Accordingly, the Court will reissue summons to Defendant Everts.

**CONCLUSION**

1.     Defendants Tilton and Harding are DISMISSED without prejudice from this action pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The clerk shall terminate these defendants from the docket.

2.     The Clerk of the Court shall reissue summons and the United States Marshal shall serve, without prepayment of fees, a copy of the complaint in this matter, all attachments thereto, a copy of the Court Order filed June 23, 2008 (Docket No. 5), and a copy of this order upon **Defendants C. E. Everts** and **K. J. McCasland (Badge No. 64975)** at **Pelican Bay State Prison.** The Clerk shall also mail a courtesy copy of this order to the California Attorney General's Office.

3.     Defendants shall file a motion for summary judgment or other dispositive motion with respect to the claims in the complaint found to be cognizable, and briefing shall proceed thereafter, in accordance with the schedule and instructions

set forth in the Court's Order of Partial Dismissal and Service, filed June 23, 2008.

IT IS SO ORDERED.

DATED: _6/3/09_____

_____
JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP T. EVANS,

          Plaintiff,

  v.

ROBERT A. HOREL, et al.,

          Defendants.

_____/

Case Number: CV08-01900 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ____6/4/09_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Phillip T Evans J43496
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: ____6/4/09_____

                      Richard W. Wieking, Clerk