*E-Filed 8/24/11*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILLIP T. EVANS, | No. C 08-1900 RS (PR) |
| Plaintiff, | **ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT** |
| v. | |
| ROBERT HOREL, et al., | |
| Defendants. | |

The plaintiff having requested and being in need of counsel to assist him in this matter, and good and just cause appearing,

IT IS ORDERED that plaintiff shall be referred to the Federal Pro Bono Project in the manner set forth below:

(1) The Clerk shall forward to the Federal Pro Bono Project: (a) a copy of this order, (b) a copy of the docket sheet, and (c) a copy of the operative complaint and relevant court orders.

(2) Upon an attorney being located to represent plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter until further order of the court.

(3) All proceedings in this action are stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action.

**IT IS SO ORDERED**.

DATED: August 23, 2011

RICHARD SEEBORG
United States District Judge

No. C 08-1900 RS (PR)
ORDER REFERRING ACTION