*E-Filed 11/15/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILLIP T. EVANS, | No. C 08-1900 RS (PR) |
| Plaintiff, | **ORDER RE: CONSENT TO PROCEEDINGS BEFORE A MAGISTRATE** |
| v. | |
| ROBERT HOREL, et al., | |
| Defendants. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Within 30 days from the date this order is filed, plaintiff and defendants shall inform the Court in writing whether they consent to the reassignment of this action to United States Magistrate Judge Nandor Vadas for all further proceedings, including trial, to be held in the Eureka Division of the Court.

**IT IS SO ORDERED**.

DATED: November 15, 2011

RICHARD SEEBORG
United States District Judge

No. C 08-1900 RS (PR)
ORDER